UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID LETTIERI,<br>Plaintiff,<br><br>v.<br><br>DISPLINE HEARING OFFICER, MARSHAL, D. WIGGINS, B. CINNUTA, D. ENGLISH, S. GONDELEZ, MAY 23, EVENING CO, LAWRENCE JOSEPH VILARDO, RANDALL E. GARVER, MICHAEL P. ROEMER and MEGAN A. ZOKIUSH,<br>Defendants. | CIVIL ACTION<br>No. 25-14025-BEM |

**ORDER OF DISMISSAL**

MURPHY, D.J.

On August 24, 2026, Magistrate Judge Paul Levenson issued the Report and Recommendation [ECF # 8] in this case recommending dismissal. To date, the Plaintiff has not objected to the Report and Recommendation or otherwise complied with the Magistrate Judge's Order or requested an extension of time.

IT IS HEREBY ORDERED

This Court hereby ADOPTS the REPORT AND RECOMMENDATION and DISMISSES without prejudice the above-entitled action.

/s/ Brian E. Murphy
United States District Judge

DATED: September 9, 2026